# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES BRADY, JR., Individually and on Behalf of the Class, | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | ) Case No. 3:15-cv-00529-JWD-EWD |
| CVS PHARMACY, INC. and WEST CORPORATION, | )<br>)<br>)<br>) |
| Defendant(s) | )<br>) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' stipulation, pursuant to which plaintiff Charles Brady, Jr., agreed to dismiss his claims against defendants CVS Pharmacy, Inc. and West Notifications Group, Inc. (incorrectly named as West Corporation) pursuant to F.R.C.P. Rule 41(a)(1)(A(ii), and with the Court being otherwise fully advised of the premises,

**IT IS HEREBY ORDERED** that, pursuant to F.R.C.P. Rule 41(a)(1)(A(ii), the plaintiff's claims are dismissed with prejudice, each party to bear his/its own costs, expenses and attorneys' fees.

Signed at Baton Rouge, Louisiana, this ____day of March, 2016.

_____
United States District Judge